UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HARRY PUAPUAGA,

Plaintiff

v.

NDOC STAFF CERT TEAM, et al.,

Defendants

Case No.: 2:26-cv-02288-CDS-DJA

ORDER

This is pro se Plaintiff Harry Puapuaga's 42 U.S.C. § 1983 civil rights action. Plaintiff has asked for copies of his complaint and the docket sheet. (ECF Nos. 6, 7.) Good cause appearing;

IT IS ORDERED that Plaintiff's motion requesting copies of case filings (ECF No. 6) and motion for copy of case filing docket sheet (ECF No. 7) are both GRANTED.

The Clerk of Court is directed to send to Plaintiff one copy of his complaint (ECF No. 1-1) and one copy of the docket sheet.

DATED THIS 3rd day of November 2026.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE